UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Janome America, Inc. | ) |
| Plaintiff, | ) |
| v. | ) Case No: 8:01-CV-2095-T-23EAJ |
| Fashion Fabrics International, Inc., d/b/a AllBrands Sewing Machines & Sergers, John Douthat, an individual, and Annette Douthat, as individual, et al. | ) |
| Defendants. | ) |

FILED
Date 9/17/02
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## STIPULATED PERMANENT INJUNCTION AGAINST ALLBRANDS, JOHN DOUTHAT, AND ANNETTE DOUTHAT AND PROPOSED ORDER THEREON

### DEFINITIONS

1. "Janome" shall mean Janome America, Inc. and its Japanese parent, Janome Sewing Machine Co., Ltd.

2. "AllBrands" shall mean Fashion Fabrics International, Inc., d/b/a AllBrands.com Discount Sewing, Embroidery, Serger, Knitting & Industrial Machines, also d/b/a sewingmachinestore.com and John Douthat, an individual, and Annette Douthat; an individual and any related subsidiaries, parents or affiliates.

3. "Machines" shall mean any and all sewing machines, sergers, embroidery machines, or other related products or accessories sold under the names and marks **JANOME®** or **NEW HOME®**.

4. "Promotional material" shall mean fliers, notices, handbills, telephone directory advertisements or electronic or printed advertisements of any other type.



5. "Janome warranty" shall mean any and all warranties offered by Janome, its predecessors, its affiliated companies, or its authorized distributors for products sold under the names and marks **JANOME**® or **NEW HOME**®.

## OPERATIVE CLAUSES

Janome and AllBrands hereby stipulate that AllBrands along with its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are, until further order of the Court, **ENJOINED** and restrained from knowingly or intentionally:

1) Making untrue, incorrect, or misleading statements regarding Janome anywhere, including over the phone, in person, or on the AllBrands website or any other websites controlled by AllBrands or on promotional material; especially

   a. Statements that imply that **JANOME**® or **NEW HOME**® machines sold by AllBrands are drop-shipped from the manufacturers, importers, and distributors;

   b. Statements that **JANOME**® or **NEW HOME**® machines are shipped to AllBrands or to the customer directly from the manufacturers, importers, or distributors in factory-sealed boxes; and

   c. Statements that AllBrands offers or honors **JANOME**® or **NEW HOME**® warranties; AllBrands must clarify that it offers its own warranty.

2) Including statements on its website or any other website controlled by AllBrands or on any other promotional materials at any place where **JANOME**® or **NEW HOME**® machines are mentioned or discussed, that the Janome warranty is in effect;

3) Making false statements about **JANOME**® or **NEW HOME**® or its products. In addition, AllBrands shall not make any defamatory statements about Janome or publish communications from Janome or its lawyers.

4) Selling **JANOME®** or **NEW HOME®** machines without a manufacturer's serial number on the machine, or selling **JANOME®** or **NEW HOME®** machines where the manufacturer's serial number on the machine does not match the serial number on the box.

5) Using any photographs or images of **JANOME®** or **NEW HOME®** products created by or produced for or by Janome in any of AllBrand's promotional materials, including but not limited to websites.

FURTHER, the parties have Stipulated that:

1. Within five (5) business days from the date of execution of this Stipulated Permanent Injunction, AllBrands will remove all misleading or incorrect statements regarding Janome from the AllBrands website or any other websites controlled by Defendants; especially

   a. The statements that imply that **JANOME®** or **NEW HOME®** machines are drop-shipped from the manufacturers, importers, and distributors;

   b. The statements that **JANOME®** or **NEW HOME®** machines are shipped to AllBrands or to its customers directly from Janome importers or dealers in factory-sealed boxes; and

   c. The statements that AllBrands offers or honors Janome warranties.

2. Within five (5) business days from the date of execution of this Stipulated Permanent Injunction, AllBrands will include statements on its website or any other websites controlled by AllBrands or any promotional materials at all places where **JANOME®** or **NEW HOME®** sewing machines, embroidery machines or sergers are mentioned or discussed, stating that the Janome warranty is not in effect and that the AllBrands warranty replaces the Janome warranty.

3. AllBrands will not make any false or defamatory statements about Janome or publish letters or communications from Janome or its lawyers.

4. From the date of this injunction forward, AllBrands will affix prominent notice on boxes containing **JANOME®** or **NEW HOME®** machines or other products, in the form attached as Exhibit C to the Settlement Agreement, stating that the only warranty covering such

machines is offered by AllBrands and only by AllBrands and that the **JANOME®** or **NEW HOME®** warranties do not apply. This provision shall be applicable only to those **JANOME®** or **NEW HOME®** products in which a Janome warranty would apply if the product was sold by an authorized distributor.

5.   AllBrands shall not use any photographs or images of **JANOME®** or **NEW HOME®** products created by or produced for or by Janome in or on any of AllBrand's promotional materials, including, but not limited to, websites.

6.   The parties acknowledge that the execution and entry of this injunction and stipulation, does not constitute, in whole or in part, an admission of liability or of fact on the part of anyone nor does the entry of the stipulated injunction constitute a determination, final or otherwise, as to any fact or legal issue addressed herein.

**IT IS SO STIPULATED.**

DATED:_____, 2002      By: _____
                                   John Douthat, individually and as duly
                                   authorized representative of the
                                   AllBrands Defendants

DATED:_____, 2002      By: _____
                                   Annette Douthat, individually

DATED:_____, 2002      JANOME AMERICA, INC.

                                 By: _____
                                   Its duly authorized representative

machines is offered by AllBrands and only by AllBrands and that the **JANOME®** or **NEW HOME®** warranties do not apply. This provision shall be applicable only to those **JANOME®** or **NEW HOME®** products in which a Janome warranty would apply if the product was sold by an authorized distributor.

5. AllBrands shall not use any photographs or images of **JANOME®** or **NEW HOME®** products created by or produced for or by Janome in or on any of AllBrand's promotional materials, including, but not limited to, websites.

6. The parties acknowledge that the execution and entry of this injunction and stipulation, does not constitute, in whole or in part, an admission of liability or of fact on the part of anyone nor does the entry of the stipulated injunction constitute a determination, final or otherwise, as to any fact or legal issue addressed herein.

**IT IS SO STIPULATED.**

DATED:_____, 2002        By:_____
                                       John Douthat, individually and as duly
                                       authorized representative of the
                                       AllBrands Defendants

DATED:_____, 2002        By:_____
                                       Annette Douthat, individually

DATED: October 3, 2002             JANOME AMERICA, INC.

                                   By: _____
                                       Its duly authorized representative

Approved as to form:

DATED: __Oct 8__, 2002         HOLLAND & KNIGHT LLP

                                By: _____/s/ Thomas Brooke_____
                                Thomas Brooke
                                Elizabeth Dunne
                                Attorneys for Plaintiff
                                JANOME AMERICA, INC.


DATED: __October 17__, 2002     FOWLER WHITE BOGGS BANKER P.A.

                                By: _____/s/ Richard Salazar_____
                                Richard G. Salazar
                                Attorney for Defendants JOHN and
                                ANNETTE DOUTHAT and ALLBRANDS


**IS SO ORDERED.**

Dated:_____    _____
                                 STEVEN D. MERRYDAY
                                 U.S. DISTRICT COURT JUDGE


cc:    Counsel of Record